## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **HEMDATH MARAJ,** | : | |
| Petitioner, | : | |
| vs. | : | CA 06-0580-CG-C |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | : | |
| | : | |
| Respondents. | | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 5, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE