#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ALABAMA
#### NORTHERN DIVISION

| | | |
|---|---|---|
| **HEMDATH MARAJ,** | : | |
| Petitioner, | : | |
| vs. | : | CA 06-0580-CG-C |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | : | |
| | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED WITHOUT PREJUDICE** as prematurely filed.

**DONE and ORDERED** this 7th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE